UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Warren Franklin Jenkins, II,
    Plaintiff

vs                                  Case No. 1:04-cv-214-SAS-TSH
                                        (Spiegel, Sr. J.; Hogan, M. J.)

Marty Donini, et. al.,
    Defendants

**ORDER**

This matter is before the Court on defendants' motion to compel discovery and to extend the discovery deadline (Doc. 24), and plaintiff's memorandum in opposition. (Doc. 30). Defendants seek certain discovery from plaintiff and an extension of discovery deadlines. In response, plaintiff states that the motion is moot to the extent it seeks to compel discovery because plaintiff has subsequently provided everything defendants requested in their motion. Plaintiff further states that he does not oppose defendants' request to extend certain discovery deadlines. Defendants did not file a reply in support of their motion.

In light of the foregoing, it is hereby ordered that defendants' motion is granted in part and denied in part. Defendants' motion to extend the discovery deadlines is GRANTED and the motion to compel discovery is DENIED AS MOOT. Defendants shall have up to and including June 24, 2005 to disclose their medical expert(s) and up to and including August 26, 2005 to complete discovery on damages, including medical depositions.

                                                        s/Timothy S. Hogan
                                                        Timothy S. Hogan
                                                        United States Magistrate Judge